

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00315-CV

**IN THE INTEREST OF A.G.K.** and T.L.C., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02489
Honorable Stephani A. Walsh, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's orders terminating the parents' parental rights is REVERSED. We RENDER judgment denying the Department of Family & Protective Services request to terminate the parents' parental rights. The trial court's appointment of the Department as the managing conservator of the children is AFFIRMED.

We order that the parents recover their costs of this appeal from the Department of Family & Protective Services.

SIGNED November 16, 2016.

_____
Luz Elena D. Chapa, Justice